Exhibit 1

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent Office

Reg. No. 1,076,139
Registered Oct. 25, 1977

## SERVICE MARK
Principal Register

## NATIONAL FOOTBALL LEAGUE

The National Football League (New York unincorporated association)
410 Park Ave.
New York, N.Y. 10022

For: PROMOTING THE INTERESTS OF MEMBER FOOTBALL CLUBS, SCHEDULING GAMES, AND PROMOTING INTEREST IN FOOTBALL, in CLASS 41 (U.S. CL. 107).
First use June 24, 1922; in commerce June 24, 1922.
Applicant disclaims the words "Football League" apart from the mark as shown.
Owner of Reg. No. 886,055.

Ser. No. 97,011, filed Aug. 18, 1976.

FREDRIC GUSHIN, Examiner

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,919,270
Registered Jan. 18, 2005

## TRADEMARK
PRINCIPAL REGISTER

### NFL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, TOY BANKS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HAND HELD UNIT FOR PLAYING VIDEO GAMES; BOARD GAMES RELATING TO FOOTBALL, CHECKER SETS, CHESS SETS, DOMINOES, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, WINDSOCKS, KITES, TOY TRUCKS, FOOTBALL SHOULDER PADS, SHIN, ELBOW, HAND AND KNEE PADS, ALL FOR ATHLETIC USE; BILLIARD GAME PLAYING EQUIPMENT, EXERCISE EQUIPMENT, NAMELY, ROWING MACHINES, STAIR-STEPPING MACHINES, ABDOMINAL BOARDS, CHEST EXPANDERS, EXERCISE BOARDS, AND MANUALLY-OPERATED EXERCISE EQUIPMENT, EXERCISE WEIGHTS, EXERCISE BENCHES AND EXERCISE RACKS, WEIGHT LIFTING BELTS, STATIONARY EXERCISE BICYCLES, BICYCLE GLOVES, BODY BOARDS, BOXING BAGS, BOXING GLOVES, CHEST PROTECTORS FOR SPORTS, PLAYGROUND EQUIPMENT, NAMELY CLIMBING UNITS, DART BOARDS AND DART BOARD CASES, EXERCISE ELASTIC BANDS FOR ATHLETIC USE, EXERCISE TREADMILLS, EXERCISE TRAMPOLINES, VOLLEYBALL EQUIPMENT, NAMELY, VOLLEYBALLS AND VOLLEYBALL NETS, FISHING EQUIPMENT, NAMELY, FISHING LURES AND FISHING RODS, HANDLE GRIPS FOR SPORTING EQUIPMENT, JUMP ROPES, VIDEO GAME INTERACTIVE CONTROL FLOOR MATS, ATHLETIC EQUIPMENT, NAMELY, PERSONAL FLOOR MATS, STRIKING BAGS AND STRIKING SHIELDS, MOUTH GUARDS, REFEREE PROTECTION EQUIPMENT, ATHLETIC SPORTS WRAPS AND ATHLETIC TAPE, ROLLERSKATES, SKIS, SNOWBOARDS, SNOW SLEDS FOR RECREATION USE, PROTECTIVE SPORTS GOGGLES FOR USE IN ATHLETIC TRAINING AND ATHLETIC COMPETITION, SWIM BOARDS FOR RECREATION USE, RACKETS, NAMELY, TENNIS, BADMINTON AND SQUASH RACKETS, TOY VEHICLES, TOY MODEL TRAIN SETS, YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-1-1960; IN COMMERCE 9-30-1960.

OWNER OF U.S. REG. NOS. 886,055, 1,843,729, AND OTHERS.

SN 76-185,859, FILED 12-22-2000.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16, 25, 38 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 50, 100, 101, 104 and 107

Reg. No. 3,394,343

**United States Patent and Trademark Office** Registered Mar. 11, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# NFL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, CELL PHONE COVERS, SPECIAL HOLSTERS AND ACCESSORIES IN CONNECTION THEREOF FOR CARRYING CELLULAR TELEPHONES, CELL PHONE FACE PLATES, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS, COMPUTER MOUSE PADS, SUNGLASSES, EYEGLASS CASES, AND CD STORAGE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: JEWELRY, CLOCKS, PINS, BRACELETS, CHARMS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, COINS OF PRECIOUS METAL, PENDANTS AND KEY CHAINS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER DECORATIONS; COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS; SOUVENIR PROGRAMS FOR SPORTS EVENTS; MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, HEADWEAR, CAPS, KNIT HATS, T-SHIRTS, SHIRTS, TURTLENECKS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, GOLF SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, GLOVES, TIES, CLOTH BIBS; SLEEPWEAR, NAMELY, BATHROBES, NIGHT SHIRTS AND PAJAMAS; UNDERWEAR, SOCKS; TOWELS; FOOTWEAR; SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-15-1941; IN COMMERCE 10-15-1941.

FOR: TELEVISION BROADCASTING SERVICES; TELEVISION TRANSMISSION SERVICES; CABLE TELEVISION BROADCASTING; RADIO BROADCASTING; BROADCASTING PROGRAMMING ON THE INTERNET; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; TRANSMISSION OF INFORMATION THROUGH VIDEO COMMUNICATION SYSTEMS; COMMUNICATION SERVICES, NAMELY, AUDIO AND VIDEO BROADCASTING; BROADCASTING SERVICES AND PROVISION OF TELECOMMUNICATION ACCESS TO VIDEO AND AUDIO CONTENT PROVIDED VIA A VIDEO ON DEMAND; STREAMING OF AUDIO MATERIAL ON THE INTERNET; STREAMING OF VIDEO MATERIAL AND PODCASTS ON THE INTERNET; ELECTRONIC DELIVERY OF IMAGES AND PHOTOS VIA A

GLOBAL COMPUTER NETWORK; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR THE PURPOSE OF PARTICIPATING IN INTERACTIVE POLLING IN THE FIELD OF FOOTBALL; WIRELESS COMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF TEXT, GRAPHICS, DATA, AND ENTERTAINMENT INFORMATION TO MOBILE PHONES; MOBILE MEDIA AND ENTERTAINMENT SERVICES IN THE NATURE OF ELECTRONIC TRANSMISSION OF ENTERTAINMENT MEDIA CONTENT, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-1-1941; IN COMMERCE 6-1-1941.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE COMPUTER SERVICE OR BY CABLE, SATELLITE, TELEVISION AND RADIO; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; FOOTBALL FAN CLUB SERVICES; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS; LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS, AND MUSICAL AND DANCE PERFORMANCES; SPORTING AND CULTURAL ACTIVITIES; PUBLICATION OF TEXTS OTHER THAN PUBLICITY TEXTS; DISTRIBUTION OF TELEVISION PROGRAMMING TO CABLE AND SATELLITE TELEVISION SYSTEMS; DISTRIBUTION OF TELEVISION PROGRAMS FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-1941; IN COMMERCE 6-1-1941.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 886,055, 2,919,270 AND OTHERS.

SER. NO. 77-177,753, FILED 5-10-2007.

STEPHANIE ALI, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16, 24, 25, 28, 35, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 42, 50, 100, 101, 102, and 107

United States Patent and Trademark Office

Reg. No. 3,581,281
Registered Feb. 24, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, CELL PHONE COVERS, SPECIALTY HOLSTER FOR CARRYING CELLULAR TELEPHONES, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS, COMPUTER MOUSE PADS, SUNGLASSES, EYEGLASS CASES, AND CD STORAGE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: JEWELRY, CLOCKS, PINS, BRACELETS, NECKLACES, CHARMS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, NON-MONETARY COINS OF PRECIOUS METAL, PENDANTS AND KEY CHAINS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: POSTERS, CALENDARS, TRADING CARDS, A SERIES OF BOOKS IN THE FIELD OF FOOTBALL, MAGAZINES IN THE FIELD OF FOOTBALL, NEWSLETTERS IN THE FIELD OF FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, STATIONERY-TYPE PORTFOLIOS, CHECKBOOK COVERS, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PRINTED PAPER PARTY INVITATIONS, PAPER GIFT BAGS, PAPER PARTY DECORATIONS; PRINTED COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS; SOUVENIR PROGRAMS FOR SPORTS EVENTS; MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, HEADWEAR, CAPS, KNIT HATS, T-SHIRTS, SHIRTS, TURTLENECKS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, GOLF SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, GLOVES, TIES, CLOTH BIBS; SLEEPWEAR, NAMELY, BATHROBES, NIGHT SHIRTS AND PAJAMAS; UNDERWEAR, SOCKS; FOOTWEAR; SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUB COVERS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, PLAYING

CARDS, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, TOY CARS AND TRUCKS, BILLIARD BALLS, DART BOARDS, PLAYING CARDS, MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTERESTS OF PROFESSIONAL FOOTBALL CLUBS; PROMOTING THE INTERESTS OF MEMBER FOOTBALL CLUBS; SCHEDULING GAMES FOR MEMBER TEAMS; PROMOTING PUBLIC INTEREST IN FOOTBALL; ASSOCIATION SERVICES, NAMELY, PROVIDING A FORUM FOR MEMBER FOOTBALL CLUBS TO SHOWCASE, DISPLAY, DEMONSTRATE AND PROMOTE IDEAS, PRODUCTS, AND SERVICES IN CONNECTION WITH FOOTBALL; PROMOTION OF SPORTING AND CULTURAL ACTIVITIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-27-2008; IN COMMERCE 3-27-2008.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE COMPUTER SERVICE, OR BY CABLE, SATELLITE, TELEVISION OR RADIO; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; FOOTBALL FAN CLUB SERVICES, NAMELY, PERSONAL APPEARANCES BY A COSTUMED MASCOT FOR PROFESSIONAL FOOTBALL TEAMS; ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; EDUCATIONAL SERVICES, NAMELY, CONDUCTING PHYSICAL EDUCATION PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS; PRESENTATION OF LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS, AND MUSICAL AND DANCE PERFORMANCES; ORGANIZATION OF SPORTING AND CULTURAL ACTIVITIES; PUBLICATION OF TEXTS OTHER THAN PUBLICITY TEXTS; ENTERTAINMENT SERVICES, NAMELY, AN ONGOING SERIES FEATURING FOOTBALL PROVIDED THROUGH CABLE TELEVISION, SATELLITE TELEVISION, AND TELEVISION AND RADIO BROADCASTS; FAN CLUBS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-27-2008; IN COMMERCE 3-27-2008.

OWNER OF U.S. REG. NOS. 886,055, 2,919,270, AND 3,138,589.

THE MARK CONSISTS OF THE MARK CONSISTS OF A SHIELD CONTAINING THE STYLIZED LETTERS "NFL" WITHIN THE BOTTOM PORTION OF THE SHIELD, AND EIGHT STARS AND A FOOTBALL CONTAINED WITHIN THE TOP PORTION OF THE SHIELD.

SN 77-270,559, FILED 9-4-2007.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,286,411**
**Registered Aug. 28, 2007**
**Amended Apr. 22, 2014**

**Int. Cls.: 3, 18, 24, 34 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION), 345 PARK AVE
NEW YORK, NY 10154

FOR: [ COLOGNE, BODY LOTION, ] NON-MEDICATED LIP BALM, [ BODY POWDER, HAIR SHAMPOO, SHOWER GEL, SHAVING LOTION, SHAVING CREAM, ] SOAP [, SUN BLOCK, SUN CARE LOTION, SUN SCREEN PREPARATIONS, PERSONAL DEODORANTS ], IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-30-2003; IN COMMERCE 10-30-2003.

FOR: LUGGAGE, SHOULDER BAGS, BEACH BAGS, DUFFLE BAGS, ALL PURPOSE SPORTS BAGS, SPORTS EQUIPMENT BAGS, [ ATTACHE CASES, ] SCHOOL BAGS, TOTE BAGS, [ CREDIT CARD CASES, ] KNAPSACKS, RUCKSACKS, WALLETS, [ BRIEFCASES, VALISES, ] UMBRELLAS, WAIST PACKS, LEATHER KEY FOBS, LUGGAGE TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

FOR: TEXTILE GOODS, NAMELY, CLOTH FLAGS, CURTAINS, [ DUVET COVERS, ] QUILTS, TOWELS, [ PLACE MATS, TABLE CLOTHS, ] SHEETS, PILLOWCASES, COMFORTERS, BLANKETS, PILLOW SHAMS, TEXTILE FABRIC FOR THE MANUFACTURE OF CLOTHING, OVEN MITTS, [ CRIB BUMPERS, ] SHOWER CURTAINS, POT HOLDERS, [ AFGHANS,] TEXTILE WALL HANGINGS, FABRIC THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).



FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

FOR: LIGHTERS FOR SMOKERS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 9-30-1990; IN COMMERCE 9-30-1990.

FOR: MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY ARRANGING FOR SPONSORS TO AFFILIATE THEIR GOODS AND SERVICES WITH VARIOUS FOOTBALL PERSONALITIES AND/OR THE SPORT OF FOOTBALL; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; PROMOTING THE SALE OF CREDIT CARD ACCOUNTS

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 3,286,411** THROUGH THE ADMINSTRATION OF INCENTIVE AWARD PROGRAMS; DIRECT MAIL ADVERTISING FOR OTHERS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-15-1985; IN COMMERCE 9-15-1985.

OWNER OF U.S. REG. NOS. 1,056,303, 2,941,347 AND OTHERS.

THE MARK CONSISTS OF A SHIELD CONTAINING THE STYLIZED LETTERS NFL WITHIN THE BOTTOM PORTION OF THE SHIELD, AND STARS AND A FOOTBALL CONTAINED WITHIN THE TOP PORTION OF THE SHIELD.

SER. NO. 78-963,558, FILED 8-30-2006.

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,661,464
Registered July 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: HANDBAGS, LUGGAGE, SHOULDER BAGS, BEACH BAGS, DUFFLE BAGS, CLUTCH BAGS, ALL PURPOSE SPORT BAGS, BAGS FOR SPORTS, SCHOOL BAGS, TOTE BAGS, KNAPSACKS, WALLETS, TRAVEL BAGS, BACKPACKS, UMBRELLAS AND LUGGAGE TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-27-2008; IN COMMERCE 3-27-2008.

OWNER OF U.S. REG. NOS. 886,055, 2,919,270, AND 3,138,589.

THE MARK CONSISTS OF A SHIELD CONTAINING THE STYLIZED LETTERS "NFL" WITHIN THE BOTTOM PORTION OF THE SHIELD, AND EIGHT STARS AND A FOOTBALL CONTAINED WITHIN THE TOP PORTION OF THE SHIELD.

SN 77-270,579, FILED 9-4-2007.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,954,420

Registered May 24, 2005

## TRADEMARK
PRINCIPAL REGISTER

# SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-30-1971; IN COMMERCE 1-30-1971.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 846,056, 1,226,261 AND OTHERS.

SER. NO. 76-572,704, FILED 1-29-2004.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cls.: **9, 14, 16 and 28**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,138,590**
Registered Sep. 5, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, CELL PHONE COVERS, CELL PHONE STRAPS, SPECIAL HOLSTERS AND ACCESSORIES IN CONNECTION THEREOF FOR CARRYING CELLULAR TELEPHONES, CELL PHONE FACE PLATES, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVDS ALL FEATURING THE SPORT OF FOOTBALL, COMPUTER MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: JEWELRY, WATCHES, CLOCKS, PINS, EARRINGS, NECKLACES, BRACELETS, BELT BUCKLES MADE PRIMARILY OF PRECIOUS METALS, CHARMS, MONEY CLIPS MADE PRIMARILY OF PRECIOUS METALS, TIE PINS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: POSTERS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; PENS AND PENCILS, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF CLUB COVERS, FOOTBALLS, TOY BANKS, PLAYING CARDS, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 846,056, 2,954,420 AND OTHERS.

SER. NO. 78-688,906, FILED 8-9-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,941,347
Registered Apr. 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

   FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 9-15-1941; IN COMMERCE 10-15-1941.

   OWNER OF U.S. REG. NOS. 886,055, 1,422,850 AND OTHERS.

   THE MARK CONSISTS OF THE STYLIZED LETTERS NFL BENEATH A FOOTBALL AND STARS, ALL CONTAINED WITHIN A SHIELD.

   SER. NO. 76-572,703, FILED 1-29-2004.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,138,589
Registered Sep. 5, 2006

## TRADEMARK
### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, SPECIAL HOLSTERS AND ACCESSORIES IN CONNECTION THEREOF FOR CARRYING CELLULAR TELEPHONES, CELL PHONE FACE PLATES, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, SUNGLASSES, EYEGLASS CASES, BINOCULARS, LIGHT SWITCH COVERS; HARD HATS, CD STORAGE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: JEWELRY, WATCHES, CLOCKS, PINS, EARRINGS, NECKLACES, BRACELETS, BELT BUCKLES MADE PRIMARILY OF PRECIOUS METALS, CHARMS, MONEY CLIPS MADE PRIMARILY OF PRECIOUS METALS, TIE PINS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, PLAYING CARDS, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY CARS AND TRUCKS, BILLIARD BALLS, DART BOARDS, PLAYING CARDS, MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

OWNER OF U.S. REG. NOS. 1,056,303, 2,941,347 AND OTHERS.

SER. NO. 78-688,864, FILED 8-9-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY