NFL Properties LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-5747
Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | hastthou.en.alibaba.com | Qingdao HTY International Trading Co., Ltd. |
| 2 | aliexpress.com/store/5797251 | Shop5797251 Store |
| 3 | amazon.com/sp?seller=A3I37BTA3DQF6Q | PINKXX-US |
| 4 | amazon.com/sp?seller=A1GXRBR6AAOV5I | Osai Jewelry |
| 5 | amazon.com/sp?seller=AYZM6FAHCJ2H2 | porsche store |
| 6 | amazon.com/sp?seller=A2T4LLKAT5SRXF | TungHwei |
| 7 | amazon.com/sp?seller=AU95E8Q44AF62 | ZhaoYuanXianZhaoYuanZhenFanHuaRiZaShangDian |
| 8 | amazon.com/sp?seller=A1B68G1IG68KOD | Catherine V Thomas |
| 9 | amazon.com/sp?seller=A28TDM3GKJDMLU | shijiangyang |
| 10 | amazon.com/sp?seller=A33DCZ91DD5C8D | songliangq |
| 11 | amazon.com/sp?seller=AJYKS4IKHA49K | juju-lynn |
| 12 | amazon.com/sp?seller=A2OKCA5CM00E5Z | XM-US |
| 13 | amazon.com/sp?seller=A29L1VCJ00R6SQ | Kvas |
| 14 | amazon.com/sp?seller=A1E98MP5YMKV1S | HSKH |
| 15 | amazon.com/sp?seller=A4Y22FA74455P | YoLangda shop |
| 16 | amazon.com/sp?seller=A2AMQ472O3MMI6 | fdhrjytkutktu |
| 17 | amazon.com/sp?seller=A2Q7DC960A5DCU | Janet P Fish |
| 18 | amazon.com/sp?seller=A2U7DCTSXNVOJH | locklook |
| 19 | amazon.com/sp?seller=AUOS8S71ZCF4Q | ShanDongShouXiJianShe |
| 20 | amazon.com/sp?seller=ARAWLYYGSYAG7 | Sigrid D Olson |
| 21 | amazon.com/sp?seller=A2606LBDGN5L4I | Wayne\xa0V\xa0Little |
| 22 | amazon.com/sp?seller=A1EYQBX37FTFM9 | CHI LIAN ZAI |
| 23 | amazon.com/sp?seller=A2Q2KVV8PT7KP | Lovecy |
| 24 | amazon.com/sp?seller=A1NNZIV6G1QER8 | PloBand |
| 25 | amazon.com/sp?seller=A3G4HYFCH8QHLQ | Gjkfhkjkd |
| 26 | amazon.com/sp?seller=AWYFLEM9HU0ON | qunshdufwnfk |
| 27 | amazon.com/sp?seller=A1G2GRGGN84QWC | XMXMAM |
| 28 | amazon.com/sp?seller=A3BTCTBOMGB3OA | jinjianquwowoshuangseguanggaoshejigongzuoshi |
| 29 | amazon.com/sp?seller=A10PXH34MYUO9Q | FM91.8 |
| 30 | amazon.com/sp?seller=A1B0TP3J8B8K6B | mingzhangduriyongbaihuopu |
| 31 | amazon.com/sp?seller=A2TR4732EKGKSD | WeiAo Evan |
| 32 | amazon.com/sp?seller=A1288JW4MDKL1X | denghuibaihuodian |
| 33 | amazon.com/sp?seller=A1C5QMIT1JGH2R | Yuanmou Jialong |
| 34 | amazon.com/sp?seller=A22URQGCKX49J6 | cengdijingus |

| 35 | amazon.com/sp?seller=A2XSSI3B96NM9R | chengjingus |
|---|---|---|
| 36 | amazon.com/sp?seller=A2OFHEL5WB7ZD1 | gulouquxuwenfudianzishangwuzhongxin |
| 37 | amazon.com/sp?seller=A25RNQ8PZ5L1P7 | HunChunHuiMaoYiYouXianGongSi |
| 38 | amazon.com/sp?seller=A3U4PJTYJAKIXM | LiuweFFENG |
| 39 | amazon.com/sp?seller=APQBDMON8MWZ2 | WXTUS |
| 40 | amazon.com/sp?seller=A2LKS6QDPJTVOR | Yalas |
| 41 | amazon.com/sp?seller=A3UE97JSHP2CMA | YaYoYa |
| 42 | amazon.com/sp?seller=A1LPSX0JLHKRWV | pingdingshanyidawangluokejiyouxianzeren gongsi |
| 43 | amazon.com/sp?seller=A31WJDAOBWZ9UW | Suyshine |
| 44 | amazon.com/sp?seller=A1N7V8ZFBDNGMG | cocolz |
| 45 | amazon.com/sp?seller=A2ST1HN7WAA41K | qinhuaiquzhanbingchenbaihuojingyingbu |
| 46 | amazon.com/sp?seller=A1OP7RI6UU74V5 | Nick Low |
| 47 | amazon.com/sp?seller=A212BX5NXMP97 | BSZJ |
| 48 | amazon.com/sp?seller=A3N47UATBH8254 | cence |
| 49 | amazon.com/sp?seller=A30VYISV9EDYX2 | Fanfei Electronic Commerce Co., Ltd. |
| 50 | amazon.com/sp?seller=ACYRJC11Q72MC | hebeixinyunwangluojishufuwuyouxiangong si |
| 51 | amazon.com/sp?seller=A2LENU2GSBCJW1 | laozhaoplus |
| 52 | amazon.com/sp?seller=A39ED4R5QTLBED | Qifan E-commerce Company |
| 53 | amazon.com/sp?seller=A2KOGODA5HGSZ2 | SporToYou |
| 54 | amazon.com/sp?seller=AO9AVEH9HX6LE | uunlimit |
| 55 | amazon.com/sp?seller=A2MCFS1DT1AT49 | YANGYI-store |
| 56 | amazon.com/sp?seller=AGVSIOOC9P0WO | LILIZHANGs Store |
| 57 | amazon.com/sp?seller=A1853V11S26J3G | LianCheno |
| 58 | amazon.com/sp?seller=A3RV5W6MW32HVS | DianzhouHF |
| 59 | amazon.com/sp?seller=A3J50SZZFHKYCY | Loveyue |
| 60 | amazon.com/sp?seller=ACD6NXL3TZRHP | WSKFJKHFG |
| 61 | amazon.com/sp?seller=A2O67YM6CFGZMM | HENGNIAO |
| 62 | amazon.com/sp?seller=APVAZYBJQSGYF | LEAROLR |
| 63 | amazon.com/sp?seller=A2TS6V1QVAGEIQ | ydlhnan |
| 64 | amazon.com/sp?seller=A38HNMY0OQRYUY | xiaotaoyiliao |
| 65 | amazon.com/sp?seller=AFO85GG3D9JY1 | Yujie Office Supplies |
| 66 | amazon.com/sp?seller=A30D7DLE3PQ025 | CSMY |
| 67 | amazon.com/sp?seller=A1GW6P2T751LJ8 | OutSportstore |
| 68 | amazon.com/sp?seller=A3OW1COVZFOEK9 | SUATMM-FLAG |
| 69 | amazon.com/sp?seller=A1E9G7SB7B2O2D | BB-CLUB |
| 70 | amazon.com/sp?seller=A2MS83GJKXSBIM | Nobody Store |
| 71 | amazon.com/sp?seller=A15K9U1I75M4DC | Zhangzhang |
| 72 | amazon.com/sp?seller=A7GBUWN9VDLMP | Zhiwei's shop |
| 73 | amazon.com/sp?seller=A2IBCI8GSVJ3XC | Ladninag |
| 74 | amazon.com/sp?seller=A1IFDQRCJCX6ZM | XiaoFangQingYouCanGuan |
| 75 | amazon.com/sp?seller=AR0PCVSDT9VAQ | cghmn bnx |

| 76 | amazon.com/sp?seller=A25XUHVURX5IOB | ZhangJianBo |
|----|---|---|
| 77 | amazon.com/sp?seller=ASFAEI435CLXT | BJiang Store |
| 78 | amazon.com/sp?seller=A1EMLYFM6PCV4Z | HEBENKEJ |
| 79 | amazon.com/sp?seller=A3C38F6M5WEQSN | Hola Manchil Store |
| 80 | amazon.com/sp?seller=A1QK38MWQ82LHB | Jin Lianxin Store |
| 81 | amazon.com/sp?seller=AFP4S6P38DY2S | Hiuynn |
| 82 | amazon.com/sp?seller=A1HQ3WX3OKP0Z4 | lingjuemaoyiyouxiangongsi |
| 83 | amazon.com/sp?seller=A3C4DK76B3M3ZS | LiuYanFei |
| 84 | amazon.com/sp?seller=A3VY3CJB165BPC | 2butshop |
| 85 | artfire.com/ext/shop/home/Sportgearsshop | Sportgearsshop |
| 86 | artfire.com/ext/shop/home/AzvieSportStore/0/0/1277769 | AzvieSportStore |
| 87 | artfire.com/ext/shop/home/Gosportkings/0/0/1281258 | Gosportkings |
| 88 | artfire.com/ext/shop/home/UnlimitedSports/80/7/0// | UnlimitedSports |
| 89 | ebay.com/sch/gear2010/ | gear2010 |
| 90 | wish.com/merchant/5f4faa655987a27008b6aad6 | Ron Aguileraa |
| 91 | wish.com/merchant/5f4f9e427ab69ff15a622e61 | shaundra coveyy |
| 92 | wish.com/merchant/5f5492b0c7fb04758c0b5a57 | jheycorstore |
| 93 | wish.com/merchant/5f59b619aa971d1ea3de311e | PortiaSDSKFDF |
| 94 | wish.com/merchant/5f158085769ae9c7839ce317 | Jeannn |
| 95 | wish.com/merchant/5f1572c39268b53784cd380d | Marlon1 |
| 96 | wish.com/merchant/5eb3cf7be0ff640a4b35c91c | HungTrinh |
| 97 | wish.com/merchant/5f688bf53aec02003ba356c5 | nanmiki001 |
| 98 | wish.com/merchant/5f762c181c3256bf533feb98 | mipel8 |
| 99 | wish.com/merchant/5f55b89bde2080ee6f95dbb7 | Victor Torres 66 |
| 100 | wish.com/merchant/5f59a4f8a5ae62cdfbf1de5d | Lisa Colvin66 |
| 101 | wish.com/merchant/5f16fbd3e6bcb8de6b4bd4a8 | Paul265sss |
| 102 | wish.com/merchant/5ee4f57129e786639120d52c | HeatherBehuniak |
| 103 | wish.com/merchant/5eb7e772e4a2bd6ca6743164 | James lTaylor |
| 104 | wish.com/merchant/5f8eef840f0cd41a7a86b8a6 | Martin Stanoev ! |
| 105 | wish.com/merchant/5f7b39dd7a4ff222857357f2 | Olivriolina |
| 106 | wish.com/merchant/5ee1e9c639d553667c78ce73 | PaulSanchez |
| 107 | wish.com/merchant/5f89be954bebae6fa903f242 | pennington123 |
| 108 | wish.com/merchant/5f898ea468d8f84898029aaf | Jae Kim123465 |
| 109 | wish.com/merchant/5edf971902755b64003e4525 | JosephineAdams |
| 110 | wish.com/merchant/5f792e0dd359e04aae69d69d | KevinOsullivan |
| 111 | wish.com/merchant/5f81ad0f94ffbaa8b68ea883 | NICHOLAS BURGHARDT |
| 112 | wish.com/merchant/5e65abb0ad6a88e72f648b23 | nistd643 |
| 113 | wish.com/merchant/5f8ef2ad7a46cdc5cd958430 | Paul 1994 |
| 114 | wish.com/merchant/5f746ceea5d1f59233540ad4 | ROMANTICSHOPPING69 |
| 115 | wish.com/merchant/5edf9a31b925df42c2584fac | RonaldRoberts |

| | | |
|---|---|---|
| 116 | wish.com/merchant/5f8f05d10f0cd4593186a3be | SALVTORE CATANIA |
| 117 | wish.com/merchant/5ee63ae95b2ec15742005d54 | SamuelPigford |
| 118 | wish.com/merchant/5f88b49d7513a1743a4c6a6c | sensorimotor |
| 119 | wish.com/merchant/5f8d6c5d7d0a108b3a966e67 | The Tacit Squirrels |
| 120 | wish.com/merchant/5eb0264129e78674b4324e6b | Tonja Doctor |
| 121 | wish.com/merchant/5f8263e328b7ceb383c95629 | VIVA-FF |
| 122 | wish.com/merchant/5f59c9fb29e3ee6cd210d796 | thevoice |
| 123 | wish.com/merchant/5f599eb875bd9ed2b9ab91a4 | jerseyman |
| 124 | wish.com/merchant/5eb7e265e4a2bd69537430fc | JoanneOnuschak |
| 125 | wish.com/merchant/5ee63ba5cd26ea9703c16802 | JocelynBeets |
| 126 | wish.com/merchant/5eb613846002742305a2d461 | LarrySneed |
| 127 | wish.com/merchant/5f733eae9be356003b0948f4 | rectores27 |
| 128 | wish.com/merchant/5eb2f003de86861066979ee0 | ShantaDemons |
| 129 | wish.com/merchant/5f88ceefa0edd53bbc8d49a5 | Signorino2020 |
| 130 | wish.com/merchant/5e6b91a7151d56b2e3ccc7bd | XierangtangzhaoIE |
| 131 | wish.com/merchant/5f89ba54a3227ea5a6908326 | Nadia Sanchez |
| 132 | wish.com/merchant/5fb3db404000ad003c5634df | UflyUxExAf0 |
| 133 | wish.com/merchant/5f55f13976175228aac5e76a | Jennifer66 |
| 134 | wish.com/merchant/5f8e99667e959b8d3ba16756 | Pretty Exile |
| 135 | wish.com/merchant/5f55f8bf2f70a6638935cae1 | Sarah Lombardi |
| 136 | wish.com/merchant/5e5e54cfdf4d4209416cca7b | sdfghdfhfgjtgyioas |
| 137 | wish.com/merchant/5e5fbc2cec5cd357af412e42 | sdgdfhdthtg |
| 138 | wish.com/merchant/5e5e41f26eec71907084573c | sdgsdfgsfdhdsre |
| 139 | wish.com/merchant/5e5e5b10cb7f72a6d79d3e45 | sdgsdgoppnnmf |
| 140 | wish.com/merchant/5f55f029035a03fc295a40df | Susan Hunter |
| 141 | wish.com/merchant/5eb60fe9d893d00c352373f6 | TimothyDunlap |
| 142 | wish.com/merchant/5eb7f8e81e9cc073b4a457bc | VanissaFunk |
| 143 | wish.com/merchant/5fce07311673b14f0131f051 | rankes |
| 144 | wish.com/merchant/5fce01fb1b3ca3f3863a2b12 | undersized |
| 145 | wish.com/merchant/5eb2f03829e7862d40dde6bb | IsaiahToomey |
| 146 | wish.com/merchant/5fd194404688f31b5bcd3795 | Mis amigos y yo |
| 147 | wish.com/merchant/5fd844b31839854e77aff006 | smeastelothid |
| 148 | wish.com/merchant/5fec2e4db81ddf76178b10bf | chenjianyue5571 |
| 149 | wish.com/merchant/587baf2ca6bf054ca7741ebe | lonelyocean |
| 150 | swagoofficial.com | swagoofficial.com |
| 151 | nfljerseystore.se | nfljerseystore.se |
| 152 | limtle.store | limtle.store |

| Defendant Domain Names | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | nflaclothing.com | nflaclothing.com |
| 2 | nflbshops.com | nflbshops.com |

| | | |
|---|---|---|
| 3 | nfledgestore.com | nfledgestore.com |
| 4 | nfl-jersey.com | nfl-jersey.com |
| 5 | nfljersey.site | nfljersey.site |
| 6 | nfljerseys.sale | nfljerseys.sale |
| 7 | nfljerseysale.top | nfljerseysale.top |
| 8 | nfljerseyspub.com | nfljerseyspub.com |
| 9 | nfljerseystore.se | nfljerseystore.se |
| 10 | nflshop.org | nflshop.org |
| 11 | atlanticjerseys.com | atlanticjerseys.com |
| 12 | bearsfantasy.com | bearsfantasy.com |
| 13 | dolphinsfantasy.com | dolphinsfantasy.com |
| 14 | esca71.com | esca71.com |
| 15 | fantasypatriots.com | fantasypatriots.com |
| 16 | fashionstk.com | fashionstk.com |
| 17 | ffdfgh.best | ffdfgh.best |
| 18 | ffjhco.best | ffjhco.best |
| 19 | ffjqjs.best | ffjqjs.best |
| 20 | ffjsyz.best | ffjsyz.best |
| 21 | ffpcgm.best | ffpcgm.best |
| 22 | ffpmet.best | ffpmet.best |
| 23 | ffpvps.best | ffpvps.best |
| 24 | ffpzwd.best | ffpzwd.best |
| 25 | ffqasd.best | ffqasd.best |
| 26 | ffqfun.best | ffqfun.best |
| 27 | ffqhnf.best | ffqhnf.best |
| 28 | ffqhub.best | ffqhub.best |
| 29 | ffqjok.best | ffqjok.best |
| 30 | ffqkun.best | ffqkun.best |
| 31 | ffsbjb.best | ffsbjb.best |
| 32 | ffskmb.best | ffskmb.best |
| 33 | ffslhy.best | ffslhy.best |
| 34 | fftcae.best | fftcae.best |
| 35 | fftcwm.best | fftcwm.best |
| 36 | fftdmc.best | fftdmc.best |
| 37 | ffteac.best | ffteac.best |
| 38 | ffthfx.best | ffthfx.best |
| 39 | ffydtw.best | ffydtw.best |
| 40 | ffyjuy.best | ffyjuy.best |
| 41 | ffyoef.best | ffyoef.best |
| 42 | ffyvcz.best | ffyvcz.best |
| 43 | ffyvfd.best | ffyvfd.best |
| 44 | ffyzdp.best | ffyzdp.best |
| 45 | ffzwyg.best | ffzwyg.best |

| | | |
|---|---|---|
| 46 | fmafsale.com | fmafsale.com |
| 47 | footballfansjersey.net | footballfansjersey.net |
| 48 | hmmhoodie.com | hmmhoodie.com |
| 49 | ineedwholesale.com | ineedwholesale.com |
| 50 | jersey-kingdom.co | jersey-kingdom.co |
| 51 | jerseysfantasy.co | jerseysfantasy.co |
| 52 | jerseyshopusa.com | jerseyshopusa.com |
| 53 | jerseysnflusa.com | jerseysnflusa.com |
| 54 | jerseysshopus.com | jerseysshopus.com |
| 55 | joepesky.com | joepesky.com |
| 56 | limtle.store | limtle.store |
| 57 | liquidfootball.net | liquidfootball.net |
| 58 | lovefamilybizz.com | lovefamilybizz.com |
| 59 | nbashoppping.com | nbashoppping.com |
| 60 | nhlhoodie.com | nhlhoodie.com |
| 61 | officialnflteamjerseys.ren | officialnflteamjerseys.ren |
| 62 | packersapparelstore.com | packersapparelstore.com |
| 63 | packersfantasy.com | packersfantasy.com |
| 64 | packersgbstore.com | packersgbstore.com |
| 65 | patriotsnefans.com | patriotsnefans.com |
| 66 | pzcuf.com | pzcuf.com |
| 67 | ravensprostoreonline.com | ravensprostoreonline.com |
| 68 | shop4u.top | shop4u.top |
| 69 | shopathleticsgear.com | shopathleticsgear.com |
| 70 | superbigsalepro.com | superbigsalepro.com |
| 71 | swagoofficial.com | swagoofficial.com |
| 72 | switen.store | switen.store |
| 73 | tofifa.com | tofifa.com |
| 74 | tuweb100.com | tuweb100.com |
| 75 | wantbuythis.com | wantbuythis.com |